**Order entered June 16, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00367-CV

**PETER B. CASEY, Appellant**

**V.**

**FORD MOTOR COMPANY, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02664-2014**

## ORDER

We **GRANT** appellant's first opposed motion for extension of time to file brief and **ORDER** the brief tendered to the Clerk of the Court June 14, 2015 filed as of the date of this order.

/s/ CRAIG STODDART
   JUSTICE